UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| Osvaldo Pineda | ) | Case No.  07-8837 |
| Debtor(s). | ) | |
| | ) | |
| | ) | |

## FINAL PRETRIAL ORDER GOVERNING OBJECTION OF ROBERT POWER, GREG STRONG AND SUSAN STRONG TO CONFIRMATION OF CHAPTER 13 PLAN

*The following provisions will govern the future course of this proceeding . Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare and file with the court on or before September 26, 2008, a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts which are in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds;
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the court **two copies**, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g., "Plaintiff's Exhibit 1." In addition, if the hard copies of a party's exhibits submitted to the Court exceed one single 3-inch ring binder, the party must also submit the exhibits to the Court on a CD-ROM, in pdf format, with each exhibit as a separate document, and with bookmarks for major divisions and for any attachments to the exhibit. Two copies of each CD-ROM must be submitted, and each shall be labeled with the name of the case and the party on whose behalf it is submitted. Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial. Exhibits that do not appear on a party's list of exhibits will not be received in evidence.

Trial is set for **September 30, 2008  at 1:30 p.m.  in courtroom 742**, of the United States Courthouse, 219 S. Dearborn St., Chicago, IL.  An attorney who is a member of the trial bar under the provisions of Rule 2090-1(B) of the local Bankruptcy Rules of this Court  shall participate in the trial.

ENTER:

Carl A. Doyle

_____
Judge

Dated: _9-22-08_

CERTIFICATE OF SERVICE

Case Number:        07 8837
Case Name:          Osvaldo Pineda debtor(s)


I, Karen Jacobs, Courtroom Deputy do hereby certify that on September 22,2008  I caused to be served by  mailing a true and correct copy of:

 final pretrial order

addressed to each of the following listed below

Jerome R. Weitzel                  Osvaldo Pineda
Jeffrey S. Becker                  244 Gage Rd.
Kozacky & Weitzel, P.C.            Riverside, IL 60546
One N. LaSalle St.
Suite 3150
Chicago, IL 60602                  Tom Vaughn
                                   200 S. Michigan Ave.
Bert J. Zaczek                     Suite 1300
Law Office of Bert Zaczek          Chicago, IL 60604
415 N. LaSalle St.                 Attn: Mark Wheeler
Suite 300
Chicago, IL 60610



Karen Jacobs
Courtroom Deputy