```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 08837
    OSVALDO PINEDA
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-6211


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/15/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 09/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------------
GMAC MORTGAGE             CURRENT MORTG         .00          .00           .00
ROBERT POWER GREG&SUSAN   UNSECURED        177173.10         .00           .00
NATIONAL CITY BANK        UNSECURED          2072.15         .00           .00
CHASE AUTO FINANCE        SECURED VEHIC         .00          .00           .00
KOZACKY & WEITZEL PC      NOTICE ONLY     NOT FILED          .00           .00
KOZACKY & WEITZEL PC      NOTICE ONLY     NOT FILED          .00           .00
KOZACKY & WEITZEL PC      NOTICE ONLY           .00          .00           .00
GMAC MORTGAGE             CURRENT MORTG         .00          .00           .00
CHASE AUTO FINANCE        UNSECURED       NOT FILED          .00           .00
COOK COUNTY TREASURER     SECURED NOT I         .00          .00           .00
COOK COUNTY TREASURER     SECURED NOT I         .00          .00           .00
LAKESIDE BANK             CURRENT MORTG         .00          .00           .00
LASALLE BANK              CURRENT MORTG         .00          .00           .00
DAIMLER CHRYSLER SERVICE  SECURED VEHIC         .00          .00           .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED          .00           .00
INTERNAL REVENUE SERVICE  UNSECURED       NOT FILED          .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED          .00           .00
AARON PINEDA              UNSECURED       NOT FILED          .00           .00
AMERICAN EXPRESS          UNSECURED       NOT FILED          .00           .00
BANK OF AMERICA           UNSECURED       NOT FILED          .00           .00
CHASE AUTO FINANCE        UNSECURED       NOT FILED          .00           .00
CITIBANK                  UNSECURED       NOT FILED          .00           .00
ECAST SETTLEMENT CORP     UNSECURED         1362.61          .00           .00
KOZACKY & WEITZEL PC      UNSECURED       NOT FILED          .00           .00
SALLIE MAE SERVICING COR  FILED LATE            .00          .00           .00
LASALLE BANK              SECURED NOT I       35.88          .00           .00
GMAC                      SECURED NOT I  NOT FILED           .00           .00
BERT J ZACZEK             DEBTOR ATTY           .00                        .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                      6,756.08


          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 08837 OSVALDO PINEDA
```

```
TRUSTEE                                            6,756.08

PRIORITY                                                                .00
SECURED                                                                 .00
UNSECURED                                                               .00
ADMINISTRATIVE                                                          .00
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                      6,756.08
                                           ----------------   ----------------
TOTALS                                           6,756.08           6,756.08
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 12/29/08
                                                                 /s/ Tom Vaughn
                                                          TOM VAUGHN
                                                          CHAPTER 13 TRUSTEE